**In the Interest of C.W., a Minor.**

No. 74250.

Missouri Court of Appeals, Eastern District, Division Two.

April 13, 1999.

Robert B. Snidman, St. Louis, for appellant.

Susan C. Guerra, St. Louis, for respondent.

---

* Respondent's motion to strike points II–VI of Appellant's brief, which was taken with the case, is denied.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

#### ORDER

PER CURIAM.

C.W. appeals the judgment finding him guilty of the offense of sexual abuse, a class C felony, in violation of Sections 562.041 and 566.100.1, RSMo 1994, and sentencing him to probation. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 30.25(b).